Argued and submitted July 29, judgment on Count II reversed, otherwise affirmed
November 18, 1987

## STATE OF OREGON,
*Respondent,*

*v.*

## TOMY LEE COON,
*Appellant.*

(86-1051; CA A41981)

744 P2d 1333

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for unauthorized use of a motor vehicle, ORS 164.135, and giving false information to a police officer. ORS 162.385. He contends that his motions for judgment of acquittal on each charge should have been granted. The state concedes, and we agree, that there was insufficient evidence to prove that defendant gave false information to a police officer as that charge was alleged in the indictment. Accordingly, the court erred in not granting a judgment of acquittal on that charge.

We agree with the court and the state that there was sufficient evidence to submit the other charge to the jury.

Judgment on Count II (giving false information to a police officer) reversed; otherwise affirmed.